Certificate Number: 05781-CAS-DE-041305444

Bankruptcy Case Number: 26-02795



05781-CAS-DE-041305444

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 9, 2026</u>, at <u>6:36</u> o'clock <u>PM PDT</u>, <u>Betty Solorio</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of California</u>.

Date:   <u>August 9, 2026</u>                By:      <u>/s/Allison M Geving</u>

                                                              Name:   <u>Allison M Geving</u>

                                                              Title:   <u>President</u>