Certificate Number: 05781-CAS-DE-041308372

Bankruptcy Case Number: 26-02795



05781-CAS-DE-041308372

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2026, at 12:31 o'clock PM PDT, Julio C Jimenez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of California.

Date:   August 10, 2026

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President